**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
5200 Town Center Circle
Suite 601
Boca Raton, Florida 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
          jwhite@saxenawhite.com
          lhooker@saxenawhite.com

-and-

Steven B. Singer
10 Bank St., 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: ssinger@saxenawhite.com

*Counsel for Plaintiff*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
E-mail:     RProngay@glancylaw.com
            LGlancy@glancylaw.com

*Local Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE POLICE RETIREMENT SYSTEM OF ST. LOUIS, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN EDRICK and AJAY MEHRA,<br><br>　　Defendants. | Case:<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>JURY TRIAL DEMANDED |

CLASS ACTION COMPLAINT

Plaintiff The Police Retirement System of St. Louis ("Plaintiff"), by and through its attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, its counsel's investigation, which includes without limitation: (a) review and analysis of public filings made by OSI Systems, Inc. ("OSI" or the "Company") with the United States Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and other publications disseminated by Defendants and other related non-parties; (c) review of news articles, shareholder communications, conference call transcripts, and postings on OSI's website concerning the Company's public statements; and (d) review of other publicly available information concerning OSI and the Individual Defendants.

## NATURE OF THE ACTION

1. This is a class action on behalf of persons and entities that acquired OSI securities between August 21, 2013 and February 1, 2018, inclusive (the "Class Period"), against the Defendants OSI, its Chief Executive Officer ("CEO") Deepak Chopra, its Chief Financial Officer ("CFO") Alan Edrick ("Edrick") and Ajay Mehra ("Mehra"), OSI's Executive Vice President and President of OSI Solutions Business and a member of OSI's Board of Directors (collectively, "Defendants"), seeking to pursue remedies under the Securities Exchange Act of 1934, 15 U.S.C. § 78a et. seq. (the "Exchange Act").

2. OSI, headquartered in Hawthorne, California, designs and manufactures specialized electronic systems and components. The Company claims that it sells its products and provides related services in diversified markets, including homeland security, healthcare, defense, and aerospace.

3.     On December 6, 2017, Muddy Watters Research published a report on OSI entitled "OSIS: Rotten to the Core."  In that report, Muddy Waters reported that there was corruption in the 2013 award by the Albanian government to OSI of a turnkey screening services contract (the "Albania Concession").  Muddy Waters claimed that while the Albania Concession "has an estimated top line lifetime value of $150 million to $250 million," OSI "likely bribed somebody by giving half of it away" for nothing, since "[t]here was an unannounced transfer of 49% of OSIS's project company, S2 Albania SHPK, to a holding company owned by an Albanian doctor, for consideration of less than $5.00." Muddy Waters also stated that "investigators' interviews with former employees yielded numerous anecdotes indicating OSIS is rotten to the core," including "knowledge of improper sales, cash payments to government officials, fraud in a significant contract, and that OSIS had narrowly avoided being debarred from doing business with the U.S. government."

4.     On this news, the Company's stock price fell $24.55 per share, or 29.2%, to close at $59.52 per share on December 6, 2017, on unusually heavy trading volume.

5.     Immediately following Muddy Waters' report, on December 6, 2017, the Company issued a press release emphatically denying Muddy Waters' claims and calling them "misleading."  The Company insisted that its turnkey security inspection programs in Mexico and Albania were not the product of unlawful conduct but were "the result of public tenders" that had "resulted in enhanced security, increased seizures of contraband, and improved transparency in customs declarations, significantly benefitting both countries."  Defendants' denial worked. The following day, on December 7, 2017, the Company's stock price rebounded $4.61 per share, from $59.52 to $64.13.

CLASS ACTION COMPLAINT

2

6.      Only two months later, on February 1, 2018, OSI stunned investors by effectively admitting that the Muddy Waters report had been accurate. Specifically, in a Form 8-K filed with the SEC after trading closed, the Company disclosed that, following Muddy Waters' report, the SEC had commenced an investigation into the Company's compliance with the Foreign Corrupt Practices Act ("FCPA"), and the United States Department of Justice, through the U.S. Attorney's Office for the Central District of California ("DOJ"), had also announced its intention to request information from the Company regarding FCPA compliance matters.

7.      In addition, the Form 8-K disclosed that both the SEC and DOJ were investigating possible insider trading at the Company, and had subpoenaed information regarding trading by certain executives, directors, and employees, as well as Company operations and disclosures in and around the time of certain trades.   Significantly, the Company also acknowledged for the first time that wrongdoing had occurred—and that "senior" management was directly responsible.   Indeed, the Company disclosed that, notwithstanding its earlier denials of the Muddy Waters report, it had now "taken action with respect to a senior-level employee," although it pointedly refused to disclose further details.

8.      On this news, the Company's stock price fell another $12.00 per share, or 18%, from $66.60 on February 1, 2018 to $54.60 per share on February 2, 2018.

9.      Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose: (1) that OSI acquired the Albania Concession through bribery or other illicit means; (2) that OSI transferred 49% of its project company associated with

---

the Albania Concession, S2 Albania SHPK, an entity purportedly worth millions, for consideration of less than $5.00; (3) that OSI engaged in other illegal acts, including improper sales and cash payments to government officials in violation of the FCPA; (4) that these practices caused the Company to be vulnerable to potential civil and criminal liability, and adverse regulatory action; and (5) that, as a result of the foregoing, Defendants' statements about OSI's business, operations, and prospects, were materially false and/or misleading and/or lacked a reasonable basis.

10.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

11.    The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

12.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

13.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are in the Judicial District.

14.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

15.     Plaintiff The Police Retirement System of St. Louis, as set forth in the accompanying certification, incorporated by reference herein, purchased OSI securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

16.     Defendant OSI Systems, Inc. is incorporated in Delaware and its principal executive offices are in Hawthorne, California. OSI's common stock trades on the NASDAQ Stock Market ("NASDAQ") under the symbol "OSIS."

17.     Defendant Deepak Chopra ("Chopra") was the CEO of OSI at all relevant times.

18.     Defendant Alan Edrick ("Edrick") was the CFO of OSI at all relevant times.

19.     Defendant Ajay Mehra ("Mehra") is Executive Vice President and President of OSI Solutions Business and a Director of the Company.

20.     Defendants Chopra, Edrick, and Mehra (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of OSI's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their

issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS
### Background

21.    OSI designs and manufactures specialized electronic systems and components. The Company claims that it sells its products and provides related services in diversified markets, including homeland security, healthcare, defense, and aerospace.

### Defendants Issued Materially False and Misleading Statements and Omissions During the Class Period

22.    On August 21, 2013, the Company issued a press release entitled "OSI Systems Receives Fifteen-Year Agreement to Provide Turnkey Screening Services in Albania." Therein, the Company, in relevant part, stated:

> OSI Systems, Inc. (NASDAQ: OSIS), a vertically-integrated provider of specialized electronics and services, today announced that the Government of Albania has awarded its Security Division, Rapiscan Systems, a fifteen-year contract to provide turnkey cargo and vehicle security screening services at various sites throughout the country.

> OSI Systems' CEO, Deepak Chopra, stated, "This significant award from Albania to provide turnkey screening services builds upon similar long-term agreements awarded by the Puerto Rico ports authority and Mexico's tax and customs authority. Our strategy of expanding our security offerings beyond the manufacture and sale of screening and detection equipment by providing comprehensive turnkey screening services continues to be well received in the marketplace. Our experience and capability to develop and integrate leading edge inspection technologies coupled with our depth of operational expertise is unmatched in the industry and we believe makes us uniquely qualified to secure and manage such complex programs."

> Under the program, Rapiscan Systems intends to provide a comprehensive X-ray screening program, which will incorporate

technology, staffing, systems integration, and maintenance support at sites throughout Albania. These operational capabilities are intended to enhance the Albanian government's capability to interdict contraband and undeclared materials. The Company currently anticipates that total gross revenues may range from $150 million - $250 million over the term of the agreement. Actual revenues could differ significantly from the range provided as the generation of revenue is based upon the volume of cargo and other factors.

Ajay Mehra, President of Rapiscan Systems, stated, "The Albanian government's initiative to secure its ports and land crossings represents another significant step in the security inspection arena. We are proud to have been selected to execute this critical program. Our selection reinforces the attractiveness and compelling value of our turnkey service model."

23.     On August 25, 2014, OSI issued a press release entitled "OSI Systems Reports Fourth Quarter and Fiscal Year 2014 Financial Results." Therein, the Company, in relevant part, stated:

OSI Systems, Inc. (NASDAQ: OSIS) today announced financial results for its fourth quarter and fiscal year ended June 30, 2014. Deepak Chopra, OSI Systems President and CEO, stated, "We are pleased to report record results for our fourth quarter. Led by our Security Division, we reported a 14% increase in sales with strong bookings highlighted by a significant Foreign Military Sales (FMS) contract from the U.S. Department of Defense. Our substantial backlog and pipeline of opportunities place us in a solid position heading into our new fiscal year."

The Company reported revenues of $260 million for the fourth quarter of fiscal 2014, an increase of 14% from the $228 million reported for the fourth quarter of fiscal 2013. Net income for the fourth quarter of fiscal 2014 was $22.1 million, or $1.07 per diluted share, compared to net income of $11.8 million, or $0.58 per diluted share, for the fourth quarter of fiscal 2013. Excluding the impact of impairment, restructuring and other charges and the impact of tax elections discussed below, net income for the fourth quarter of fiscal 2014 would have been $24.5 million, or $1.19 per diluted share, compared to net income of $20.9 million, or $1.02 per diluted share, for the fourth quarter of fiscal 2013. Adjusted EBITDA for the fourth quarter of fiscal 2014 was $51.1 million, an increase of 17% from $43.8 million for the fourth quarter of fiscal 2013.

For the fiscal year ended June 30, 2014, the Company reported revenues of $907 million, a 13% increase from the $802 million reported for fiscal 2013. Net income for fiscal 2014 was $47.9 million, or $2.33 per diluted share, compared to net income of $44.1 million, or $2.15 per diluted share, in fiscal 2013. Excluding the impact of impairment, restructuring and other charges and the impact of tax elections discussed below, net income for fiscal 2014 would have been $64.3 million, or $3.13 per diluted share, compared to net

income of $56.8 million, or $2.76 per diluted share, for fiscal 2013. Adjusted EBITDA for fiscal 2014 was $164.6 million, an increase of 30% from $126.4 million for fiscal 2013.

\*      \*      \*

Mr. Chopra continued, "During the fourth quarter, our Security Division's sales growth was outstanding, increasing 45% over the prior year period. This strength was seen across multiple sales channels and product lines. With a record non-turnkey backlog, we believe we are well positioned for continued growth in this division."

24.    On August 27, 2014, the Company filed its annual report on Form 10-K for the year ended June 30, 2014. The 10-K was signed by Defendants, Chopra, Edrick, and Mehra and reaffirmed the Company's statements about its financial results contained in the press release issued on August 14, 2014.

25.    On August 20, 2015 OSI issued a press release entitled "OSI Systems Reports Fourth Quarter and Fiscal Year 2015 Financial Results." The Company, in relevant part, stated:

OSI Systems, Inc. (NASDAQ: OSIS) today announced financial results for its fourth quarter and fiscal year ended June 30, 2015.

Deepak Chopra, OSI Systems' President and CEO, stated, "We are pleased to report our fourth quarter and full year operating results. We achieved record sales and earnings during the quarter and fiscal 2015. With a robust pipeline of opportunities across each of our divisions coupled with significant, recently implemented operational improvement initiatives, we are optimistic for the future."

The Company reported revenues of $267 million for the fourth quarter of fiscal 2015, an increase of 2% from the $260 million reported for the fourth quarter of fiscal 2014. Net income for the fourth quarter of fiscal 2015 was $22.4 million, or $1.09 per diluted share, compared to net income of $22.1 million, or $1.07 per diluted share, for the fourth quarter of fiscal 2014. Excluding the impact of restructuring and other charges, net income for the fourth quarter of fiscal 2015 would have been $25.0 million, or $1.22 per diluted share, compared to net income of $24.5 million, or $1.19 per diluted share, for the fourth quarter of fiscal 2014.

For the fiscal year ended June 30, 2015, the Company reported revenues of $958 million, a 6% increase from the $907 million reported for fiscal 2014. Net income for fiscal 2015 was $65.2 million, or $3.17 per diluted share, compared to net income of $47.9 million, or $2.33 per diluted share, in fiscal 2014. Excluding the impact of restructuring and other charges, and the impact in fiscal 2014 of tax elections related to the Company's turnkey program in

Mexico, net income for fiscal 2015 would have been $72.4 million, or $3.53 per diluted share, compared to net income of $64.3 million, or $3.13 per diluted share, for fiscal 2014.

\*    \*    \*

Mr. Chopra further commented, "Our Security Division's fourth quarter sales of $131 million were solid. Due to the difficult comparison from the partial fulfillment of our Foreign Military Sale contract with the U.S. Department of Defense in the fourth quarter of the prior year, revenues were down 7%. We are encouraged by the prospects of continued strong performance with the strength of the backlog, new cargo and vehicle inspection product orders, multiple wins for the recently introduced RTT™ 110 (Real Time Tomography) explosives detection systems, and a robust pipeline of opportunities throughout our product and turnkey portfolio."

26.    On August 24, 2015, the Company filed its annual report on Form 10-K for the year ended June 30, 2015. The 10-K was signed by Defendants Chopra, Edrick and Mehra, and reaffirmed the Company's statements about its financial results contained in the press release issued on August 20, 2015.

27.    On August 16, 2016, OSI issued a press release entitled "OSI Systems Reports Fourth Quarter and Fiscal Year 2016 Financial Results." The Company, in relevant part, stated:

OSI Systems, Inc. (NASDAQ: OSIS) today announced financial results for its fourth quarter and fiscal year ended June 30, 2016.

\*    \*    \*

The Company reported revenues of $221 million for the fourth quarter of fiscal 2016, a decrease of 17% from the $267 million reported for the fourth quarter of fiscal 2015. Net income for the fourth quarter of fiscal 2016 was $5.9 million, or $0.30 per diluted share, compared to net income of $22.4 million, or $1.09 per diluted share, for the fourth quarter of fiscal 2015. Excluding the impact of impairment, restructuring and other charges, net income for the fourth quarter of fiscal 2016 would have been $10.8 million, or $0.55 per diluted share, compared to net income of $25.0 million, or $1.22 per diluted share, for the fourth quarter of fiscal 2015.

For the fiscal year ended June 30, 2016, the Company reported revenues of $830 million, a 13% decrease from the $958 million reported for fiscal 2015. Net income for fiscal 2016 was $26.2 million, or $1.30 per diluted share, compared to net income of $65.2 million, or $3.17 per diluted share, in fiscal 2015. Excluding the impact of impairment, restructuring and other charges, net income for fiscal 2016 would have been $42.4 million, or $2.11 per diluted share, compared to net income of $72.4 million, or $3.53 per diluted share, for fiscal 2015.

\*     \*     \*

Mr. Chopra further commented, "Bookings were solid throughout fiscal 2016 in the Security Division. The combination of various contract push-outs and slower conversion of backlog into revenues resulted in lighter sales during the fourth quarter in comparison with a very strong performance in the same period of the prior year. We expect significant growth in fiscal 2017 driven across many product lines including the RTT™ 110 (Real Time Tomography) explosives detection systems. Multiple significant wins during fiscal 2016 and continuing into fiscal 2017 are expected to lead to sizeable revenue growth in this product line in the coming year. The future of the RTT™ 110 looks bright as it continues its trajectory towards a market leadership position in Europe and Middle East. We are also very encouraged by the outstanding performance of our turnkey security screening services operations in fiscal 2016 and the pipeline of opportunities for further turnkey awards in fiscal 2017."

28.     On August 19, 2016, the Company filed its annual report on Form 10-K for the year ended June 30, 2016. The 10-K was signed by Defendants Chopra, Edrick and Mehra, and reaffirmed the Company's statements about its financial results contained in the press release issued on August 16, 2016.

29.     On August 24, 2017 OSI issued a press release entitled "OSI Systems Reports Fourth Quarter and Fiscal Year 2017 Financial Results." The Press Release stated in relevant part:

OSI Systems, Inc. (the "Company" or "OSI Systems") (NASDAQ: OSIS) today announced financial results for the quarter and fiscal year ended June 30, 2017.

"We are pleased to announce outstanding fiscal fourth quarter results. Each of our three operating divisions contributed to the successful conclusion of a strong fiscal year. Performance at the Security division, in particular, drove top-line growth and margin expansion," said Deepak Chopra, OSI Systems' Chairman and Chief Executive Officer.

The Company reported revenues of $252 million for the fourth quarter of fiscal 2017, an increase of 14% from the $221 million reported for the fourth quarter of fiscal 2016. Net income for the fourth quarter of fiscal 2017 was $1.5 million, or $0.08 per diluted share, compared to net income of $5.9 million, or $0.30 per diluted share, for the fourth quarter of fiscal 2016. Non-GAAP net income for the fourth quarter of fiscal 2017 was $19.9 million, or $1.02 per diluted share, compared to non-GAAP net income for the fourth quarter of fiscal 2016 of $11.4 million, or $0.58 per diluted share.

For the fiscal year ended June 30, 2017, the Company reported revenues of $961 million, an increase of 16% as compared to the same

period a year ago. Net income for fiscal 2017 was $21.1 million, or $1.07 per diluted share, compared to net income of $26.2 million, or $1.30 per diluted share, in the same period a year ago. Non-GAAP net income for the fiscal year ended June 30, 2017 was $58.8 million, or $2.99 per diluted share, compared to non-GAAP net income of $44.3 million, or $2.21 per diluted share, for the 2016 fiscal year.

*      *      *

Mr. Chopra stated, "Our Security division had an outstanding finish to the year. Fourth quarter revenues increased 33% to a record $147 million, $23 million of which was generated by our AS&E business, which we acquired in September 2016. Excluding the AS&E revenues, fourth quarter sales in our Security division increased 12% over sales in the same prior-year fiscal period. We leveraged our growth and benefitted from synergies from the AS&E acquisition to significantly improve our fourth quarter year-over-year operating income excluding the impact of impairment, restructuring and other charges."

30.    On September 9, 2017, the Company filed its annual report on Form 10-K for the year ended June 30, 2017. The 10-K was signed by Defendants Chopra, Edrick, and Mehra, and reaffirmed the Company's statements about its financial results contained in the press release issued on August 24, 2017.

31.    The above statements identified in ¶¶22-30 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose: (1) that OSI acquired the Albania Concession through bribery or other illicit means; (2) that OSI transferred 49% of its project company associated with the Albania Concession, S2 Albania SHPK, an entity purportedly worth millions of dollars, for consideration of less than $5.00; (3) that OSI's financial results were artificially inflated as a result of its illegal conduct; (4) that OSI engaged in other illegal acts, including improper sales and cash payments to government officials in violation of the Foreign Corrupt Practices Act; (5) that these practices caused the Company to be vulnerable to potential civil and criminal liability, and adverse regulatory action; and (6) that, as a result of the foregoing, Defendants' statements

about OSI's business, operations, and prospects, were materially false and/or misleading and/or lacked a reasonable basis.

## **The Truth Emerges**

32.    On December 6, 2017, Muddy Waters Research published a report on OSI entitled "OSIS: Rotten to the Core."  In that report, Muddy Waters reported that there was corruption in the 2013 award of OSI's Albania Concession. Muddy Waters claimed that while the concession had "an estimated top line lifetime value of $150 million to $250 million," OSI "likely bribed somebody by giving half of it away" for no consideration since "[t]here was an unannounced transfer of 49% of OSIS's project company, S2 Albania SHPK, to a holding company owned by an Albanian doctor, for consideration of less than $5.00." Muddy Waters also reported that "investigators' interviews with former employees yielded numerous anecdotes indicating OSIS is rotten to the core," including "knowledge of improper sales, cash payments to government officials, fraud in a significant contract, and that OSIS had narrowly avoided being debarred from doing business with the U.S. government." In greater part, the summary contained in the Muddy Waters report stated:

> We are short OSI Systems, Inc. (OSIS.US) because we think it is rotten to the core. We believe it obtained a major turnkey contract in Albania through corruption. It is likely that OSIS's accounts are misstated as a result. We believe the pricing of its Mexico turnkey contract does not stand up to scrutiny. We estimate that the contract is so rich, it accounted for more than 50% of OSIS's FY2017 EBITDA, despite being only 15% of revenue. Put another way, we estimate the Mexico contract's EBITDA margin is approximately 55%, which would mean the rest of OSIS has an EBITDA margin of a paltry 7.5%. This contract is up for renewal in 2018, and nonrenewal would seemingly have an enormous impact on OSIS's profits. It also implies that there is significant room for price adjustment downward, which could have a material impact on profits. Former employees' statements support our view that OSIS is rotting from the inside.
>
> Corruption in the 2013 award of OSIS's Albania concession is more obvious than a three-liter bottle of shampoo in your carryon luggage. The concession has an estimated top line lifetime value of $150 million to $250 million. However, OSIS either appears to value the

total concession at $9.00 (yes, nine dollars), or they likely bribed somebody by giving half of it away for $4.50. There was an unannounced transfer of 49% of OSIS's project company, S2 Albania SHPK, to a holding company owned by an Albanian doctor, for consideration of less than $5.00. To be clear, this company (S2 Albania SHPK) is the company to which all rights and obligations under the turnkey contract award belong, so 49% of the company is presumably worth many millions of dollars. It appears to us that OSIS's accounts do not reflect the transfer – there are no deductions for non-controlling interests in the income statement, and February 2017 bond offering documents appear to show the subsidiary as 100% owned by OSIS.

There have been numerous news reports in Albania accusing OSIS of corruptly obtaining the concession, and a senior member of parliament has called the award corrupt on the record. Amazingly, U.S. investors appear to have no inkling of these allegations.

Turnkey contracts seem particularly well-suited to corruption. If a government is only purchasing scanning equipment, it is relatively easy for an internal auditor to spot an overpayment because the equipment is somewhat commoditized. However, when bundling in various bespoke services, the pricing suddenly becomes much more opaque. Given this reality, it is perhaps not surprising that the turnkey contracts to date are in jurisdictions not known for their strong governance.

Beyond the turnkey contracts, investigators' interviews with former employees yielded numerous anecdotes indicating OSIS is rotten to the core. Former employees alleged a list of rot they experienced at Rapiscan, including their concern about possibly going to prison, knowledge of improper sales, cash payments to government officials, fraud in a significant contract, and that OSIS had narrowly avoided being debarred from doing business with the U.S. government.

This corrupt behavior puts at significant risk OSIS's Security Division contracts with U.S. and European government agencies. The only former employee who, in our view, made unreservedly positive comments about OSIS's compliance admitted that OSIS could lose significant government business if it engaged in corruption. Although this senior executive was at OSIS when the transfer of 49% of S2 Albania occurred, he professed no knowledge of the transaction. Either way, his professed lack of knowledge is telling – he was kept out of the loop, which we would not have expected given his role; or, he was no responding truthfully to the question.

In addition, OSIS could face liability under the Foreign Corrupt Practices Act ("FCPA"), which could be in the many hundreds of millions of dollars. The U.S. Department of Justice has been aggressive in prosecuting FCPA violations in both Republican and Democratic administrations. (FCPA settlements generate meaningful revenue generators for the federal government.) In October 2015, we announced we were short Telia Company (TELIA SS) because we

CLASS ACTION COMPLAINT

13

believed the corruption issues in its business were significantly larger than had been disclosed, and that it would likely settle at $1 billion or more. Just three months ago (September 2017), Telia agreed to settle with the DOJ and assisting regulators for $966 million. At these levels, there is room for a FCPA settlement that would equal a significant chunk of OSIS's market cap.

(Footnotes omitted.)

33.    On this news, the Company's stock price fell $24.55 per share, or almost 30%, from $84.07 to $59.52 per share on December 6, 2017, on unusually heavy trading volume.

34.    Immediately following Muddy Waters' report, on December 6, 2017, the Company issued a press release emphatically denying Muddy Waters' claims and calling them "misleading."   The press release, titled "OSI SYSTEMS RESPONDS TO SHORT SELLER'S REPORT, stated, in relevant part:

HAWTHORNE, Calif.--(BUSINESS WIRE)-- OSI Systems, Inc. (the "Company" or "OSI Systems") (NASDAQ: OSIS) provides the following statement in response to a report this morning by short-sellers "Muddy Waters Research". While the Company would not customarily respond to misleading allegations from short sellers, this particular report has had an undue impact in the public sphere and warrants a response.

We begin by noting that our turnkey security inspection programs in Mexico and in Albania were the result of public tenders. Both have resulted in enhanced security, increased seizures of contraband, and improved transparency in customs declarations, significantly benefiting both countries.

Our Albania turnkey security inspection program is operated in partnership with ICMS, a local company with civil works construction capabilities in Albania, with a profit share in accordance with the terms of our agreement with ICMS. ICMS implemented all civil works construction for the program. As such, both we and ICMS made significant capital investments toward the implementation of the program in a value well beyond the par value of shares.

Our Mexico turnkey security inspection program operates security inspection checkpoints at multiple critical sites across Mexico as designated by the government. The program has resulted in significant seizures of high-value contraband. The Company has previously stated that we are in discussions with the government towards the extension of the program under a reduced revenue rate.

35.    Only two months later, after the markets closed on February 1, 2018, OSI filed a Form 8-K with the SEC disclosing that both the SEC and DOJ had opened investigations into potential FCPA violations and insider selling by the Company and its senior management.    The Form 8-K stated, in part:

> Following a report by a short seller, the Securities and Exchange Commission (SEC) commenced an investigation into the Company's compliance with the Foreign Corrupt Practices Act (FCPA).  The U.S. Attorney's Office for the Central District of California (DOJ) has also said it intends to request information regarding FCPA compliance matters.  The SEC and DOJ are also conducting an investigation of trading in the Company's securities, and have subpoenaed information regarding trading by executives, directors and employees, as well as Company operations and disclosures in and around the time of certain trades.

36.    Moreover, the Company acknowledged that wrongdoing had occurred, and that "senior" management was responsible.  Specifically, the Form 8-K stated that the Company had "taken action with respect to a senior-level employee."

37.    On this news, the Company's stock price fell another $12.00 per share, or 18%, from $66.60 per share on February 1, 2018 to $54.60 per share on February 2, 2018.

## CLASS ACTION ALLEGATIONS

38.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that acquired OSI securities between August 21, 2013 and February 1, 2018, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

39.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, OSI's common stock actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class. Millions of OSI shares were traded publicly during the Class Period on the NASDAQ. As of October 26, 2017, OSI had 18,968,450 shares of common stock outstanding. Record owners and other members of the Class may be identified from records maintained by OSI or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

40.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

41.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

42.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

a.  whether the federal securities laws were violated by Defendants' acts as alleged herein;

b.  whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of OSI; and

CLASS ACTION COMPLAINT

16

c. to what extent the members of the Class have sustained damages and the proper measure of damages.

43. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

44. The market for OSI's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and/or misleading statements, and/or failures to disclose, OSI's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired OSI's securities relying upon the integrity of the market price of the Company's securities and market information relating to OSI, and have been damaged thereby.

45. During the Class Period, Defendants materially misled the investing public, thereby inflating the price of OSI's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about OSI's business, operations, and prospects as alleged herein.

46. At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other

members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about OSI's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

47.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

48.    During the Class Period, Plaintiff and the Class purchased OSI's securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## LOSS CAUSATION

49.    During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the prices of OSI stock and operated as a fraud or deceit on Class Period purchasers of OSI stock by failing to disclose to investors that the Company's results were materially misleading and misrepresented material information. When Defendants' misrepresentations and fraudulent conduct were disclosed and became apparent to

the market, the prices of OSI stock fell precipitously as the prior inflation came out of the Company's stock price. As a result of their purchases of OSI stock during the Class Period, Plaintiff and the other Class members suffered economic loss.

50.    By failing to disclose the true state of the Company's business, operations and financial statements, investors were not aware of the true state of the Company's financial status. Therefore, Defendants presented a misleading picture of OSI's business practices and procedures. Thus, instead of truthfully disclosing during the Class Period the true state of the Company's business, Defendants caused OSI to conceal the truth.

51.    Defendants' false and misleading statements had the intended effect and caused OSI common stock to trade at artificially inflated levels throughout the Class Period. The stock price drops discussed herein caused real economic loss to investors who purchased the Company's securities during the Class Period.

52.    The decline in the price of OSI stock after the truth came to light was a direct result of the nature and extent of Defendants' fraud finally being revealed to investors and the market. The timing and magnitude of OSI common stock price declines negates any inference that the loss suffered by Plaintiff and the other Class members was caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to the Defendants' fraudulent conduct. The economic loss suffered by Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the prices of OSI common stock and the subsequent decline in the value of OSI common stock when Defendants' prior misrepresentations and omissions and other fraudulent conduct were revealed.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

53.    The market for OSI's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, OSI's securities traded at artificially inflated prices during the Class Period. On October 12, 2017, the Company's stock price closed at a Class Period high of $95.76 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of OSI's securities and market information relating to OSI, and have been damaged thereby.

54.    During the Class Period, the artificial inflation of OSI's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about OSI's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of OSI and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company stock. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

55.    At all relevant times, the market for OSI's securities was an efficient market for the following reasons, among others:

CLASS ACTION COMPLAINT

20

a.  OSI stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

b.  As a regulated issuer, OSI filed periodic public reports with the SEC and/or the NASDAQ;

c.  OSI regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

d.  OSI was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

56.    As a result of the foregoing, the market for OSI's securities promptly digested current information regarding OSI from all publicly available sources and reflected such information in OSI's stock price. Under these circumstances, all purchasers of OSI's securities during the Class Period suffered similar injury through their purchase of OSI's securities at artificially inflated prices and a presumption of reliance applies.

**FIRST CLAIM**
**Violation of Section 10(b) of The Exchange Act and**
**Rule 10b-5 Promulgated Thereunder**
**Against All Defendants**

57.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

CLASS ACTION COMPLAINT

58.     During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase OSI's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

59.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for OSI's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

60.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse materia information about OSI's financial well-being and prospects, as specified herein. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of OSI's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the

statements made about OSI and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

61.    Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

62.    Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing OSI's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities.

CLASS ACTION COMPLAINT

23

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

63.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of OSI's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired OSI's securities during the Class Period at artificially high prices and were damaged thereby.

64.    At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that OSI was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their OSI securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

65.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

66.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM
### Violation of Section 20(a) of The Exchange Act
### Against the Individual Defendants

67.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

68.     The Individual Defendants acted as controlling persons of OSI within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

69.     In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

70.     As set forth above, OSI and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other

members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a.  Declaring this action to be a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of the Class defined herein;

b.  Awarding Plaintiff and the other members of the Class damages in an amount which may be proven at trial, together with interest thereon;

c.  Awarding Plaintiff and the other members of the Class pre-judgment and post-judgment interest, as well as their reasonable attorneys' and experts' witness fees and other costs; and

d.  Awarding such other relief as this Court deems appropriate.

## **JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.


DATED:  February 5, 2018         **GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East,
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495

*Local Counsel for Plaintiff and the Proposed Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SAXENA WHITE PA**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile:  (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

*Counsel for Plaintiff and the Proposed Class*

CLASS ACTION COMPLAINT
27

## CERTIFICATION AND AUTHORIZATION

I, Stephen G. Olish, on behalf of The Police Retirement System of St. Louis ("St. Louis Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint in this matter and I am authorized in my capacity as Executive Director of St. Louis Police to initiate litigation and to execute this Certification on behalf of St. Louis Police.

2. St. Louis Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. St. Louis Police is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. St. Louis Police's transactions in OSI Systems, Inc. securities are set forth in the Schedule A attached hereto.

5. St. Louis Police has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re Home Loan Servicing Solutions, Ltd. Securities Litigation*, No. 0:16-cv-60165 (S.D. Fla.)

6. St. Louis Police has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

    *Martin v. GNC Holdings, Inc. et al*, No. 2:15-cv-1522 (W.D. Pa.)

7. St. Louis Police will not accept any payment for serving as a representative party on behalf of the Class beyond St. Louis Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February 2018.

The Police Retirement System of St. Louis

Stephen G. Olish, Executive Director

### SCHEDULE A
**The Police Retirement System of St. Louis**
**Transactions in OSI Systems, Inc.**
**Period:  August 16, 2013 through February 1, 2018**

**Beg. Hold.**          0

| Common Stock Purchases | | | | Common Stock Sales | | |
|---|---|---|---|---|---|---|
| **Date** | **Shares** | **Price** | | **Date** | **Shares** | **Price** |
| 02/02/17 | 2,600 | $74.58 | | 10/02/17 | 925 | $91.74 |
| 02/03/17 | 2,600 | $74.99 | | 10/05/17 | 1,300 | $93.24 |
| 02/06/17 | 2,600 | $74.81 | | | | |
| 02/07/17 | 3,000 | $74.60 | | | | |
| 12/06/17 | 1,625 | $61.86 | | | | |
| 01/16/18 | 875 | $71.62 | | | | |